UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

HARRY BRIGGS,

    Plaintiff,

vs.                                            CASE NO.: 3:05cv74/MCR/EMT

FOREMOST INSURANCE COMPANY,

    Defendant.
                                                      /

**O R D E R**

This matter is before the Court upon the parties' Rule 41(a) Stipulation of Dismissal. (Doc. 11). In consideration thereof, it is

**ORDERED and ADJUDGED** that:

1.    Plaintiff's extra-contractual claims against Defendant Foremost Insurance Company are hereby dismissed with prejudice, leaving only Plaintiff's breach of contract action to proceed against Defendant.

2.    Plaintiff's jury demand is hereby dismissed with prejudice and this matter shall proceed before the Court as a bench trial.

**DONE and ORDERED** this 28th day of June, 2005.

                                                          s/ *M. Casey Rodgers*
                                                      **M. CASEY RODGERS**
                                                      **UNITED STATES DISTRICT JUDGE**